## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| STEVEN ANDRESEN, an Individual;<br><br>**Plaintiff,**<br><br>vs.<br><br>NEBRASKA NEXT DAY, INC., a Colorado corporation;<br><br>**Defendant.** | **8:25CV490**<br><br>**ORDER** |

Upon notice of settlement given to the undersigned magistrate judge by counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **June 18, 2026**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 18th day of May, 2026.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge