IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

STEVEN ANDRESEN, an Individual;

Plaintiff,

vs.

NEBRASKA NEXT DAY, INC., a Colorado
corporation;

Defendant.

**8:25CV490**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Stipulation to Dismiss (Filing No. 19).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice and without fees and costs.

Dated this 18th day of June, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge